RECEIVED

FEB 11 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 04-60057-01 |
| | * | 18 U.S.C. § 1001(a)(2) |
| VERSUS | * | |
| | * | JUDGE DOHERTY |
| MOHAMMAD SALMAN FAROOQ QURESHI | * | MAGISTRATE JUDGE HILL |

## BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

### FALSE STATEMENTS TO FEDERAL AGENT

### 18 U.S.C. § 1001(a)(2)

On or about June 29, 2000, and October 5 & 6, 2004, in the Western District of Louisiana, in a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the executive branch of the United States, the defendant, MOHAMMAD SALMAN FAROOQ QURESHI, did knowingly and willfully make false, fraudulent, and fictitious material statements and representations to the FBI agents knowing that these interviews of the defendant concerned investigations of federal crimes of terrorism; that is, the defendant misrepresented, falsely denied, and fraudulently withheld material information regarding the true nature and extent of his involvement with and knowledge of

Wadih El Hage, his associates, and the non-governmental organization Help Africa People/Africa Help, all in violation of Title 18, United States Code, Section 1001(a)(2). [18 U.S.C. § 1001(a)(2)].

                         DONALD W. WASHINGTON
                         United States Attorney

By: _____/s/ Richard A. Willis_____
      RICHARD A. WILLIS, ID NO. 800040
      Assistant United States Attorney
      800 Lafayette Street, Suite 2200
      Lafayette, Louisiana 70501-6832
      Telephone: (337) 262-6618