

**U.S. Department of Justice**
*United States Attorney*

RECEIVED
FEB 11 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

v.

MOHAMMAD SALMAN FAROOQ QURESHI

Lafayette-Opelousas Division
Criminal No. 04-60057-001
Judge Doherty
Magistrate Judge Hill

### AFFIDAVIT OF UNDERSTANDING OF MAXIMUM PENALTY AND CONSTITUTIONAL RIGHTS

I, MOHAMMAD SALMAN FAROOQ QURESHI, the above named defendant, having been first duly sworn and placed under oath by the Clerk or his Deputy of the United States District Court, state that I have been advised and personally addressed by the Court (Judge) as to the nature of the charge against me, and, having been furnished a copy of the charge, hereby state that I understand the charge and that the Court has addressed me personally as to the maximum possible penalty that may be imposed against me, as follows:

**PENALTY:** An imprisonment term of confinement of not more than five (5) years, a fine of up to $250,000.00, and a term of supervised release of not more than three (3) years, following confinement, and a $100.00 special assessment fee.

I further state that I understand and the Court has addressed me personally at the arraignment proceeding as to:

1. My right to be represented by counsel (a lawyer) of my choice, or if I cannot afford counsel, my right to be represented by Court-appointed counsel at no cost to me.

2. My right to have the charge against me presented to a Grand Jury for indictment.

3. My right to have a jury trial with twelve jurors who must all agree as to my guilt in order to convict.

4. My right not to be required to testify against myself, or at all, if I do not so desire.

5. My right to confront and cross-examine witnesses against me and my right to have compulsory process to require witnesses to testify.

6. My right to plead guilty or not guilty.

I realize that by pleading guilty I will stand convicted of the crime charged and thereby waive my privilege against self-incrimination, my right to jury trial, my right to confront and cross-examine witnesses, and my right of compulsory process.

I further state that my plea in this matter is free and voluntary, and that it has been made without any threats or inducements whatsoever from anyone associated with the State or United States Government, and that the only reason I am pleading guilty is that I am in fact guilty as charged. The Court has given me the opportunity to make any statement desired.

Sworn to and subscribed before me this 11th day of February 2005 in Open Court in Lafayette, Louisiana.

WITNESS:

_____

_____
MOHAMMAD SALMAN FAROOQ QURESHI
Defendant

_____
LESTER GAUTHIER, JR.
Attorney for Defendant
Post Office Drawer 3371
Lafayette, LA 70502
Telephone: (337) 264-1783

\_\_\_ROBERT H. SHEMWELL, CLERK\_\_\_
CLERK OR DEPUTY CLERK OF COURT