RECEIVED
OCT 1 3 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

UNITED STATES OF AMERICA           CR. NO. 04-60057-01

VERSUS                             JUDGE DOHERTY

M. SALMAN FAROOQ QURESHI           MAGISTRATE HILL

## ORDER

The court, considering the motion of the defendant seeking its recommendation, does hereby recommend to the United States Bureau of Prisons that it house Mohammad Salman Farooq Qureshi in the Los Angeles, California area in order to facilitate visitation by members of his family.

This order signed at Lafayette, Louisiana, this _____ day of October, 2005.

Judge Rebecca Doherty

COPY SENT
DATE 10.13.05
BY MB
TO USPO
USM (3/cc)